**Order Filed on March 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR
9004-1(b)

THE RITTER LAW OFFICE, L.L.C.
55 FAYETTE STREET
P.O. BOX 320
BRIDGETON, NJ 08302
(856)451-3030

SUSAN E. IACOVONE, ESQ.
ATTORNEY FOR SECURED CREDITOR,
THE FIRST NATIONAL BANK OF ELMER
```

| | |
|---|---|
| In RE: HUBERT T. LAYTON, JR.<br><br>            Debtor | Case No.: 16-27969-ABA<br><br>Hearing Date: JANUARY  11, 2017<br>              at 10:00 A.M.<br><br>Judge: ABA<br><br>Chapter: 13 |

**CONSENT ORDER RESOLVING THE FIRST NATIONAL BANK OF ELMER'S
OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

   The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: March 17, 2017**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

**(Page 2)**

**DEBTORS:** HUBERT T. LAYTON, JR.

**CASE NO.:** 16-27969- ABA

**CAPTION OF ORDER:** CONSENT ORDER RESOLVING THE FIRST NATIONAL BANK OF ELMER'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

_____

THIS MATTER having been brought before the Court by Susan E. Iacovone, Esq., Attorney for Secured Creditor, The First National Bank of Elmer, on an Objection to Confirmation of Chapter 13 Plan, and in the presence of Terry Tucker, Esq. of Terry Glen Tucker, P.C., attorneys for the Debtor, Hubert T. Layton, Jr., and it appearing that the parties have amicably resolved the matter, and for good cause shown;

IT IS on this _____ day of _____, 2017, ORDERED:

1. The Chapter 13 Bankruptcy Plan shall be modified, pre-confirmation, to provide for 100% payment of the Bank's Proof of Claim, or $69,018.26, through the Chapter 13 Plan over 60 months with lawful interest of 2.25% for a total payment of $73,038.00.

2. The Movant shall serve this Order on the Debtor, any Trustee and all parties who entered an appearance on this matter.

We hereby consent to the above Order.

```
    TERRY GLENN TUCKER, P.C.          THE RITTER LAW OFFICE, L.L.C.
    /s/ Terry Tucker                  /s/ Susan E. Iacovone
BY:_____     BY:_____
    TERRY TUCKER                      SUSAN E. IACOVONE
    ATTORNEY FOR DEBTOR               ATTORNEY FOR SECURED
                                      CREDITOR, THE FIRST
                                      NATIONAL BANK OF ELMER
```

2

United States Bankruptcy Court
District of New Jersey

In re:  
Hubert T Layton Jr  
    Debtor

Case No. 16-27969-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 17, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2017.  
db          +Hubert T Layton Jr,    814 Rte 45,    Mannington, NJ 08079-4226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2017 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for CitiFinancial Servicing LLC, as owner and holder of account/contract originiated by GMAC Mortgage, LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
      Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
      Susan E. Iacovone    on behalf of Petitioning Creditor    The First National Bank of Elmer info@ritterlawoffice.com  
      Terry Tucker    on behalf of Debtor Hubert T Layton Jr terrytucker@comcast.net  
                TOTAL: 4