**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  16−27969−ABA
                      Chapter:  13
                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Hubert T Layton Jr
    814 Rte 45
    Mannington, NJ 08079

Social Security No.:
    xxx−xx−0878

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 21, 2017
JAN: bc

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-27969-ABA
Hubert T Layton Jr                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Nov 21, 2017
                              Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
db         #+Hubert T Layton Jr,    814 Rte 45,   Mannington, NJ 08079-4226
cr          +The First National Bank of Elmer,   Attention: Ritter Law Office,   55 Fayette Street,
              P.O. Box 320,   Bridgeton, NJ 08302-0246
516401272   +Bank of Elmer,   POB 980,   Elmer, NJ 08318-0980
516401274   +Faloni & Assoc. LLC,   165 Passaic Ave. Suite 301B,   Fairfield, NJ 07004-3592
516401275   +First National Bank of Elmer,   c/o Ritter Law,   55 Fayette St,   Bridgeton, NJ 08302-2422
516440728   +MARINER FINANCE, LLC,   8211 TOWN CENTER DRIVE,   NOTTINGHAM, MD 21236-5904
516401276   +Mannington Twp,   491 Rte 45,   Mannington, NJ 08079-4228
516401277   +Mariner Finance,   814 Whitehorse Pike #1,   Oaklyn, NJ 08107-1266
516401278  #+Michael Burbine,   814 Rte 45,   Salem, NJ 08079-4226
516401280   +Northland Group Inc.,   PO Box 390905,   Minneapolis, mN 55439-0905
516428753   +The First National Bank of Elmer,   P.O. Box 320,   Bridgeton, NJ 08302-0246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 00:05:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 00:05:16     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516750705      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 22 2017 00:05:39
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,   Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, Florida 33146-1837
516750704      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 22 2017 00:05:39
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
516598393       E-mail/Text: bankruptcy.bnc@ditech.com Nov 22 2017 00:05:02     CITIFINANCIAL SERVICING LLC,
                 c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
516401273      +E-mail/Text: bankruptcy.bnc@ditech.com Nov 22 2017 00:05:02     Ditech Mortgage,   POB 6172,
                 Rapid City, SD 57709-6172
516423359       EDI: RESURGENT.COM Nov 21 2017 22:53:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of CVI Loan GT Trust I,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516531016      +EDI: MID8.COM Nov 21 2017 22:48:00     MIDLAND FUNDING LLC,   PO BOX 2011,
                 WARREN, MI 48090-2011
516401279      +EDI: MID8.COM Nov 21 2017 22:48:00     Midland Credit Management, Inc.,   PO Box 939050,
                 San Diego, CA 92193-9050
516401281      +EDI: WFNNB.COM Nov 21 2017 22:48:00     Peebles,   PO Box 659465,   San Antonio, TX 78265-9465
516493029       EDI: Q3G.COM Nov 21 2017 22:48:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
516410974       EDI: RMSC.COM Nov 21 2017 22:48:00     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Nov 21, 2017
                              Form ID: 148               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2017 at the address(es) listed below:

```
          Amar Anand Agrawal    on behalf of Creditor    The First National Bank of Elmer
           aagrawal@egclawfirm.com, ksantiago@egclawfirm.com
          Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for
           CitiFinancial Servicing LLC, as owner and holder of account/contract originiated by GMAC
           Mortgage, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Terry  Tucker    on behalf of Debtor Hubert T Layton Jr terrytucker@comcast.net
                                                                                        TOTAL: 6
```