Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                           Case No.:  16−27969−ABA
                           Chapter:  13
                           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hubert T Layton Jr
   814 Rte 45
   Mannington, NJ 08079

Social Security No.:
   xxx−xx−0878

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 10, 2018</u>                    <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court